IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00579–EWN–CBS

DANIEL JAY SONNERS,

    Applicant,

v.

J.L. NORWOOD,
Warden, FCI Englewood,

    Respondent.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed May 16, 2005. The recommendation is that Applicant's petition for a writ of habeas corpus be denied and that the case be dismissed. The court notes that Applicant's release date was June 8, 2005 and that he no longer appears as an inmate of the United States Bureau of Prison' inmate locator form. He challenges only the administrate of sentence and his projected release date. Thus, his petition is moot. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The Applicant's petition for a writ of habeas corpus is DENIED and the case is DISMISSED with prejudice.

    3.   All other pending motions are DENIED as moot.

DATED this 28th day of March, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge